**Order entered June 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00100-CR
No. 05-18-00101-CR
No. 05-18-00102-CR

**MARQUEISE JEROME DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-40153-M, F14-40269-M & F14-75213-M**

## ORDER

The reporter's record was due on March 12, 2018. When it was not filed, we notified court reporter Belinda Baraka by postcard dated March 19, 2018 and instructed her to file the complete reporter's record by April 18, 2018. The reporter's record was not filed. On June 6, 2018, we ordered Ms. Baraka to file the complete reporter's record in these appeals by June 26, 2018. We cautioned Ms. Baraka that the failure to do so would result in the Court taking whatever action it deemed appropriate to ensure that these appeals proceed in a more timely fashion. We specifically noted our remedies might include ordering that Ms. Baraka not sit as a court reporter until the reporter's record in these appeals is filed. To date, no reporter's record has been filed, and we have had no communication from Ms. Baraka.

We **ORDER** that Belinda Baraka **NOT SIT** as a court reporter until she has filed the complete reporter's record in these appeals.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.

.

/s/     LANA MYERS
            JUSTICE